IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KENNETH LAMAR WILLIAMS,

     Appellant,

 v.                                                                        Case No.  5D17-3405

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed October 9, 2018

Appeal from the Circuit Court
for Marion County,
Jonathan D. Ohlman, Judge.

James S. Purdy, Public Defender, and
Allison A. Havens, Assistant Public
Defender, Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.  *See Birch v. State*, 248 So. 3d 1213 (Fla. 1st DCA 2018).




ORFINGER, EVANDER and EISNAUGLE, JJ., concur.